AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRORBY, WADE | Tenth Circuit | 03/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Senior | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

P.O. Box 1028
Cheyenne, WY 82003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 03/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 11/25/12 | Prudential Insurance - Policy Dividend - See Part VIII |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRORBY, WADE** | 03/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1: | D | Int./Div. | N | T | | | | | |
| 2. --American Century Mid-Cap Value Fund (ACMVX) | | | | | | | | | |
| 3. --Baron Small Cap Fund (BSCFX) | | | | | Sold | 11/14/12 | J | B | |
| 4. --Dodge & Cox Intl Stock Fund (DODFX) | | | | | | | | | |
| 5. --Dreyfus Bond Mkt. Index Basic Shares (DBIRX) | | | | | | | | | |
| 6. --Energy Select Sector SPDR Fund (XLE) | | | | | | | | | |
| 7. --Federated Total Ret'n Bond (FTRFX) | | | | | | | | | |
| 8. --First Nat'l ISE Revere Nat. Gas (FCG) | | | | | Sold | 07/17/12 | J | | |
| 9. --Ishares Trust S & P 500 Index Fund (IVV) | | | | | | | | | |
| 10. --Janus Venture Fund (JAVTX) | | | | | Buy | 11/14/12 | J | | |
| 11. --Matthews Asia Div. Fund (MAPIX) | | | | | Buy (add'l) | 11/14/12 | J | | |
| 12. --MFS Int'l New Discovery (MIDAX) | | | | | | | | | |
| 13. --Oppenheimer Developing Mkts. (ODMAX) | | | | | Buy | 11/14/12 | J | | |
| 14. --Parnassus Equity Income Fund (PRBLX) | | | | | Buy | 07/13/12 | J | | |
| 15. --Pimco Foreign Bond Fund (PFODX) | | | | | Sold | 11/14/12 | K | A | |
| 16. --Pimco Foreign Bond (PFBDX) | | | | | Buy | 11/14/12 | K | | |
| 17. --Pimco Income CL/D (PONDX) | | | | | Buy | 11/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Pimco Total Return Fund Class D (PTTDX) | | | | | | | | | |
| 19. --Royce TR Fund (RYTRX) | | | | | | | | | |
| 20. --Schwab Cash Reserves (SWSXX) ** | | | | | | | | | |
| 21. --Sector SPDR Tech Select Shares (XLK) | | | | | | | | | |
| 22. --Sector SPDR Consumer Fund (XLY) | | | | | Sold | 07/17/12 | J | A | |
| 23. --SPDR S& P Div. ETF (SDY) | | | | | | | | | |
| 24. --Templeton Global Bond Fund (TPICZ) | | | | | Sold | 11/14/12 | J | | |
| 25. --UMB Scout International Fund (UMBWX) | | | | | Sold (part) | 07/13/12 | J | A | |
| 26. --Vanguard Int'l Growth (VWIGX) | | | | | Sold (part) | 07/13/12 | J | | |
| 27. | | | | | Sold | 11/14/12 | J | | |
| 28. --Vanguard Small Cap (VSISX) | | | | | Buy | 11/14/12 | J | | |
| 29. TRUST #1: | D | Int./Div. | O | T | | | | | |
| 30. --American Century Tax Free Bd. Inv. (TWTIX) | | | | | | | | | |
| 31. --American Century Value Fund (TWVLX) | | | | | Sold (part) | 01/04/12 | J | A | |
| 32. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 33. --Harbor Int'l (HIINX) | | | | | | | | | |
| 34. --Ishares Trust S& P 500 (IVV) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Ishares Trust S&P Global (IXG) | | | | | Sold | 07/17/12 | K | | |
| 36. --Ishares Trust S&P Global Energy (IXC) | | | | | Buy (add'l) | 01/06/12 | K | | |
| 37. | | | | | Sold (part) | 07/17/12 | J | | |
| 38. --Jensen Portfolio (JENSX) | | | | | | | | | |
| 39. --Laudus Growth Inv. U.S. Lg. Cap Growth Fd. (LGILX) | | | | | | | | | |
| 40. --Schwab Muni Money Fund (SWTXX) | | | | | | | | | |
| 41. --Schwab Muni Money Fund Sweep (SWXXX) ** | | | | | | | | | |
| 42. --Sector SPDR Tech. Select Shares (XLK) | | | | | Sold | 11/16/12 | J | B | |
| 43. --Sector SPDR Fin. Select (XLF) | | | | | Buy | 11/16/12 | J | | |
| 44. --Vanguard Int'l Growth (VWIGX) | | | | | Sold | 11/14/12 | K | B | |
| 45. --Vanguard Int'l Growth (VWILX) | | | | | Buy | 11/14/12 | K | | |
| 46. --Vanguard Interterm Tax Exempt Fund (VWITX) | | | | | Buy (add'l) | 07/13/12 | J | | |
| 47. | | | | | Sold | 11/14/12 | L | D | |
| 48. --Vanguard Interterm Admiral Share (VWIUX) | | | | | Buy | 11/14/12 | L | | |
| 49. --Vanguard Reit (VNQ) | | | | | Buy | 11/16/12 | J | | |
| 50. --Vanguard Short Term Tax Ex. Fd. Inv. Shares (VWSTX) | | | | | Sold | 11/14/12 | L | A | |
| 51. --Vanguard Short Term Admiral Share (VWSUX) | | | | | Buy | 11/14/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Vanguard Small Cap (VB) | | | | | | | | | |
| 53. --Wells Fargo Advantage Bd. (STSMX) | | | | | | | | | |
| 54. IRA #2: | A | Int./Div. | K | T | | | | | |
| 55. --Dreyfus Bond Mkt. Index Basic Shares (DBIRX) | | | | | | | | | |
| 56. --Harbor Int'l Fund (HIINX) | | | | | | | | | |
| 57. --Schwab Cash Reserves Sweep (SWSXX) ** | | | | | | | | | |
| 58. --Vanguard Inflation Prot. Sec. Fund (VIPSX) | | | | | Sold | 11/14/12 | J | B | |
| 59. --Vanguard Inflation Prot. (VAIPX) | | | | | Buy | 11/14/12 | J | | |
| 60. TRUST #2: | A | Dividend | J | T | | | | | |
| 61. --Schwab Cash Reserves Sweep (SWSXX) ** | | | | | | | | | |
| 62. Bankers Trust (Bank Accounts) | A | Interest | L | T | | | | | |
| 63. Campbell County Oil Royalty | D | Royalty | J | W | | | | | |
| 64. Clipper Fund | A | Dividend | J | T | | | | | |
| 65. Federal Homeowner Lending Mortgage | A | Interest | J | T | | | | | |
| 66. Federal Home Loan Bank (Notes) | B | Dividend | K | T | | | | | |
| 67. Federal National Mortgage | A | Interest | K | T | | | | | |
| 68. First National Bank of Gillette (Various Bank Accounts) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRORBY, WADE | 03/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Jensen Portfolio (Fund) | A | Dividend | K | T | | | | | |
| 70. Peoria, AZ (Bond) | A | Interest | K | T | | | | | |
| 71. Prudential Insurance Co. (Stock) | A | Dividend | J | T | | | | | |
| 72. Rainier Small/Mid Cap Equity Fund (RIMSX) | A | Dividend | J | T | | | | | |
| 73. Rydex Technology Fund | A | Dividend | J | T | | | | | |
| 74. Wyo. Bank & Trust (Various Accounts) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRORBY, WADE** | 03/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Part III - _____ as trustee, owns a whole life policy insuring my life. The insurer is Prudential Insurance Company. As this policy is not held as an investment, the policy income received is reported under Part III.B (Non-Investment Income).

2.  Part VII - Most of our investments are managed by Charles Schwab & Co. under a service described as Schwab Private Client.

3.  Part VII - I list ownership of most of my assets under Aggregate Ownership Arrangements. All assets not owned under such an arrangement are listed separately.

4.  Part VII - The funds designated with ** are merely holding funds. It should be noted that when income is received from a particular investment it is placed in one these Schwab "sweep" funds. When new investments are purchased, funds are taken from one of these funds to pay for the new investment. These funds are the (1) Schwab Muni Money Fund Sweep (SWXXX); and (2) Schwab Cash Reserves Sweep Fund (SWSXX).

5.  Part VII - Where possible I have included the commonly known stock symbols and stock names.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ WADE BRORBY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544